No. 982. UNITED STATES *v.* RICE ET AL., RECEIVERS. April 13, 1942. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Fahy* for the United States. *Messrs. Frederic D. McKenney, John S. Flannery, G. Bowdoin Craighill,* and *R. Aubrey Bogley* for respondents.

No. 619. QUERY ET AL., CONSTITUTING THE SOUTH CAROLINA TAX COMMISSION, *v.* UNITED STATES ET AL. April 14, 1942. The order denying certiorari, 314 U. S. 685, is vacated. The petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit is granted. *Messrs. John M. Daniel* and *Claude K. Wingate* for petitioners. *Solicitor General Fahy* for respondents.

No. 1027. BRAVERMAN *v.* UNITED STATES; and
No. 1028. WAINER *v.* UNITED STATES. April 14, 1942. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. James J. Magner* for petitioner in No. 1027. *Mr. John E. Dougherty* for petitioner in No. 1028. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. W. Marvin Smith* for the United States.

No. 1006. WALEY *v.* JOHNSTON, WARDEN. See *ante,* p. 101.

No. 974. WARD *v.* TEXAS. April 27, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the Court of Criminal Appeals of Texas is granted. *Messrs. J. M. Burford* and *Leon A. Ransom* for petitioner.